```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                      EASTERN DIVISION

KRISTIN D. ALTISER,                 )
                                    )
            Plaintiff,              )
                                    )
      vs.                           )    No. 2:05CV3-DJS
                                    )
JO ANNE B. BARNHART,                )
Commissioner of Social Security,    )
                                    )
            Defendant.              )
```

## ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #11] is accepted and adopted.

Dated this ___15th___ day of September, 2006.

                                              /s/Donald J. Stohr
                                              UNITED STATES DISTRICT JUDGE